**Ryan J. McLellan**, OSB No. 023908
rmclellan@smithfreed.com
**Sean K. Conner**, OSB No. 132518
sconner@smithfreed.com
Smith Freed Eberhard P.C.
111 S.W. 5th Avenue, Suite 4300
Portland, Oregon 97204
Telephone:    503-227-2424
Facsimile:    503-227-2535

Of Attorneys for Defendants Nurture Development, LLC, Nurture 247 Limited Partnership, and American Management Services Northwest, LLC dba Pinnacle, An American Management Services Northwest Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SACHA GILBERT, <br><br> Plaintiff, <br><br> vs. <br><br> NURTURE DEVELOPMENT, LLC, NURTURE 247 LIMITED PARTNERSHIP, and AMERICAN MANAGEMENT SERVICES NORTHWEST, LLC dba PINNACLE, AN AMERICAN MANAGEMENT SERVICES NORTHWEST COMPANY, <br><br> Defendants. | Case No. 3:16-cv-00465-AC <br><br> **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

//

//

//

//

STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE — Page 1

Based on the parties' stipulation below and pursuant to Federal Rule of Civil Procedure 41(a), and it appearing to the Court that this matter has been fully compromised and settled, it is hereby;

ORDERED that a General Judgment of Dismissal with prejudice be entered without costs or fees to any party.

_____

IT IS SO STIPULATED:

7/26/2019                                                      /s/ Scot Eliot
_____                    _____
DATED                                                         Scot Eliot, OSB No. 004275
                                                              Of Attorneys for Plaintiff

8/9/2019                                                       /s/ Sean K. Conner
_____                    _____
DATED                                                         Ryan J. McLellan, OSB No. 023908
                                                              Sean K. Conner, OSB No. 132518
                                                              Of Attorney for Defendants

STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE — Page 2