**Ryan J. McLellan**, OSB No. 023908
rmclellan@smithfreed.com
**Sean K. Conner**, OSB No. 132518
sconner@smithfreed.com
Smith Freed Eberhard P.C.
111 S.W. 5th Avenue, Suite 4300
Portland, Oregon 97204
Telephone:     503-227-2424
Facsimile:     503-227-2535

Of Attorneys for Defendants Nurture Development, LLC, Nurture 247 Limited Partnership, and American Management Services Northwest, LLC dba Pinnacle, An American Management Services Northwest Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SACHA GILBERT,<br><br>                Plaintiff,<br><br>vs.<br><br>NURTURE DEVELOPMENT, LLC, NURTURE 247 LIMITED PARTNERSHIP, and AMERICAN MANAGEMENT SERVICES NORTHWEST, LLC dba PINNACLE, AN AMERICAN MANAGEMENT SERVICES NORTHWEST COMPANY,<br><br>                Defendants. | Case No. 3:16-cv-00465-AC<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

//

//

//

//

STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE — Page 1

Based on the parties' stipulation below and pursuant to Federal Rule of Civil Procedure 41(a), and it appearing to the Court that this matter has been fully compromised and settled, it is hereby;

ORDERED that a General Judgment of Dismissal with prejudice be entered without costs or fees to any party.

DATED: August 9, 2019

United States Magistrate Judge

IT IS SO STIPULATED:

7/26/2019

DATED

/s/ Scot Eliot

Scot Eliot, OSB No. 004275
Of Attorneys for Plaintiff

8/9/2019

DATED

/s/ Sean K. Conner

Ryan J. McLellan, OSB No. 023908
Sean K. Conner, OSB No. 132518
Of Attorney for Defendants

STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE — Page 2

SMITH FREED EBERHARD P.C.
111 S.W. 5th Avenue, Suite 4300
Portland, Oregon  97204
P (503) 227-2424
F (503) 227-2535